IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE RUGGIERO, et al. : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | No. 09-1479 |
| : | |
| K BANK, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

    **AND NOW**, this 17th day of June, 2009, upon consideration of the Motion of Defendants K Bank and K Capital Corporation to Dismiss Plaintiffs' Complaint (Doc. No. 5), and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

                                                          BY THE COURT:

                                                          /s/ Robert F. Kelly
                                                          ROBERT F. KELLY
                                                          SENIOR JUDGE